IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TYRONE COLE,                    )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       2:20cv151-MHT
                                )            (WO)
ALABAMA DEPARTMENT OF           )
CORRECTIONS, et al.,            )
                                )
    Defendants.                 )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 31) is adopted in part, as set forth in the opinion.

(2) This lawsuit is dismissed without prejudice for failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of May, 2021.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE